# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALLEN DUQUE, | No. 2:25-cv-2830-DC-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF REDDING, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. On January 22, 2026, Defendants filed a motion to dismiss, ECF No. 11, which has been noticed for hearing before the undersigned in Redding, California, on March 12, 2026. On January 23, 2026, the matter was assigned to District Judge Dena M. Coggins. See ECF No. 15. Because Defendants' pending motion to dismiss is properly heard by the District Judge, the March 12, 2026, hearing will be vacated. Defendants will be directed to re-notice their motion for hearing before Judge Coggins.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.     The hearing set for March 12, 2026, before the undersigned in Redding, California, is vacated.

2.     Defendants shall re-notice their motion to dismiss for hearing before Judge Coggins.

Dated:  January 27, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE